UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JAMES WELK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CA DEPT. OF CORRECTIONS, ET. AL.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-1494-HBK<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT IFP APPLICATION OR PAY THE FILING FEE<br><br>(Doc. No. 1) |

Plaintiff initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on September 30, 2021. (Doc. No. 1). Plaintiff did not accompany his complaint with the $402.00 filing fee or an application to proceed *in forma pauper is* under 28 U.S.C. § 1915.

Accordingly, it is **ORDERED**:

Within **thirty (30) days** of receipt of this order, Plaintiff shall either: (1) complete the attached application to proceed *in forma pauperis*; or (2) pay the $402.00 filing fee. If Plaintiff fails to timely comply with this order, the undersigned will recommend the Court dismiss this case for Plaintiff's failure to comply with a court order and/or prosecute this action.

Dated:　October 8, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE